No. 74–1008. BACON ET AL. v. TEXACO INC. C. A. 5th Cir. Certiorari denied.

No. 74–1013. ORIENT MID-EAST LINES, INC., ET AL. v. A SHIPMENT OF RICE NOW OR LATELY ON BOARD THE ORIENT TRANSPORTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–5711. O'BRIEN v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 74–5729. NUNNERY v. BARBER, COMMISSIONER, ALCOHOL BEVERAGE CONTROL COMMISSION. C. A. 4th Cir. Certiorari denied.

No. 74–5744. MCFARLAND v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 74–5753. SLAUGHTER ET AL. v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 74–5759. FERNANDEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–5790. JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–5803. BARNES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5807. GANT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–5817. HODGE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.